My name is Jennifer Bailey, I have known Brett since junior high school, and I have been married to him since March 08, 2008. He has always tried to be a devoted husband and father for the last 15 years. He always said he wanted to break the cycle and do better than his parents and he tried very hard to do that. He would always plan 1 family vacation each year for us to take and he wanted to make sure the kids branched out and traveled to other states. We would always go on fishing trips with the kids. He taught both of our kids how to hunt and to fish. That was something I never learned from my own father. He even taught me to fish and hunt. He introduced all of us to concerts and different kinds of bands which all of us love even now. We are planning concerts to go to in the future. He even researched the perfect dog to get for the kids when we lost our dog hunter. He loves his kid, and his family and wants to have the chance to make up for the poor decisions he made in the past. I don't want my kids to have to grow up without their father. I will do my best to give my kids the tools they need to become well-rounded adults, but they also need their father as well. There are some things I won't be able to help my son understand as well as his father will. He is not a bad person; he just did not ask for help when he should have. I want him to have that chance to get the help he needs and still be part of his kid's life.

**Jennifer Bailey**

My name is [R.B.] and I'm 15 years old. (Currently a Sophomore at East and Central Academy) I'm an Artist, Cosplayer, I like making bracelets and sewing, and a doing a lot of other things. I also really like going outside or doing anything Downtown. I really like the atmosphere and vibe.... But mainly the vibe hehe. I'm also heavily into Metal and Kpop. I grew up on Metal then got into Kpop through friends and family. I make comics and am heavily inspired by Manga and Anime, I also really like aesthetics like Alternative, Tech Wear, sometimes Y2K, Kawaii pastel, and more. I am learning Japanese at Central Academy currently as well! I also like Morel Mushrooms thanks to my dad because we'd all go mushroom hunting (very w, thank you dad and family). I met Brett Bailey (...My father lol XD) when I was born at Mercy on [ ] 2008. Lol he's my dad. I've known him for 16 years... aka all my life since y'know, he's my dad skfhdjhskjd. (That's a keyboaord smash, it's meant to be like a haha, like a laugh) (I'm still 15 but teeechnically it's the new year, it just isn't my birthday yet.) He's a suuuper wise dude, he often times cools down me and my Mom's disagreements over doing chores or hanging out with friends n' stuff, so I'm really thankful/grateful for that. I also confide in him about things that me and my mom have disagreements about, and he helps me see her point of view as an adult too. He usually is the one to bring up upcoming concerts, so we almost always go to them- whether it's virtual or in-person. Some people we've seen are Avatar (no, not the anime/cartoon), Breaking Benjamin, Korn, Nothing More, more Avatar (we really like Avatar), Evanescence, Staind, and honestly... a whole bunch more! One time, his mom had to cancel so he ended up taking me to see Breaking Benjamin and Korn. It was a bit far away, so we had to travel back home really late. We got snacks and he made sure we both got home safely and also updated my mom very frequently. I also got loooots of souvenirs that I still have and wear a lot! It was a loooot of fun and I tell stories about it a whole bunch! Pretty much everyone I know knows lol. He used to go to church with his grandma but stopped after he grew up and now believes in "higher power". He doesn't have a religion but I think he believes in god- though we have a joke called "Satan's Poop", it's about when I made his coffee waaayyy too strong (it was really strong, very bitter!). Him doing jail time would SUCK. (It'd be very bad and makes me really sad to think about.) We wouldn't be able to go to concerts with him or trips or our yearly (summertime) vacations. And it'd feel pretty wrong doing things like that without him. I also have a lot of art and my brother is also experimenting with art as well so it'd be hard to show him our art- as he is interested in it too. (He's one of our biggest supporters along with my mom!) I also would like to get cool piercings done as well as dye my hair and change up my style, he had a lip piercing before he went to jail so we'd bond over cool looking piercings and tattoos. (He also wants me to design one for him! :D) How would I be able to show him my cool new style??? Also he'd definitely hold my hand so I don't freak out and cry because needles are scary lol. He'd also hype me up afterwards. He's the one who persuaded me into getting my ears pierced- I was interested in a pair of cat/kitty earrings we saw while getting my mom's mother's day gift necklace. He said if he gets the earrings I'd have to pierce my ears- and I was already interested so I said yes! (This was in either 4th or 5th grade!) He then helped me through it. (I cried for a LONG time... lol it was scary even thought it was at Claire's). My mom was there too and she'll definitely tell you about how much I was a big baby lol. (He also helped me decide between which color pig Beanie Baby to get, we got the fleshy pink one instead of the super vibrant pink one lol, and I still have it to this day, they are very cute. ^w^) He also wanted me to make him a bracelet, and he wore it for a bit. But now it's just sitting in his room, and he really

liked it so it's sad that he doesn't get to wear it right now. In general I'd just miss him a lot, and y'know, he's my dad so he's really important to me and is a big part of my life/day-to-day life in general. Yes, I know that he has made some poor choices (as he would say, lol) but I believe that anyone who actively tries to make up for their mistakes and learn and grow from them should have the chance to be forgiven and have a second chance. And from what I've heard as well as seen and heard firsthand, he is definitely trying and I really admire that. I forgive him, and he deserves a second chance. Thank you.

R.B.

My name is ███A.B.███. My dad is Brett Bailey. I am 8 years old, so I have known him that long. My dad makes me happy. He plays Roblox with me and takes me fishing. Dad took me to Rockfest, and it was so much fun, we saw so many bands. If dad went to jail for a long time, I would be sad because I would miss him, and he would not be able to hang out with me and take me fishing. My mom can still take me fishing but my dad is more fun because he has been fishing way longer than her. He has caught way more bass than her and can help me get them out of the water.  I just want my dad to come back home

A.B.

**From:** Mallissa Thompson
**Sent:** Monday, February 12, 2024 10:22 AM
**To:** jennifer Bailey
**Subject:** RE: Fwd: Letters of Support - Brett Bailey

Whom it concerns,
My name is Mallissa Thompson, Brett's step mother, I have knew Brett since he was 11 years old, he was staying with his father mom, most of his life. I have to say Brett loves his family and his wife, did family actves fishing,concerts, etc. I'm not sure of all the details of this case, but as I have seen Brett grow up , really not trouble and seen like they was going good. I pray the judge is willing to give him another chance and willing to consider all the support letters. I know his wife & kids love him. Mallissa Thompson

Dear who it May concern,

My name is Kimberlee Villalobos me and my husband have been Brett Bailey's neighbors for the last 14 years   Within that time I feel that we have came to know Brett and his family well

    My husband's job requires him to work out of town and I have MS. Bret has always been more than willing to help with things around our yard or our house if needed. He has also been good at keeping an eye on the house making sure there is nothing out of the normal.going on.

    Bret is a very involved and active parent  from fishing to camping teaching them how to do yard work riding bikes walking with them to school... Growing up both of his parents struggled with addiction and mental health issues and bret has said on multiple occasions that it is important to him to break that cycle. And I do believe that it would be very detrimental for both of his children to have their father incarcerated especially at this stage in their life. So I am asking you to please show leniency when deciding upon his sentencing.