UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cr-158 |
| | ) | |
| BRETT MICHAEL BAILEY, | ) | JOINT RECOMMENDATION |
| | ) | FOR RESTITUTION |
| Defendant. | ) | |

As referenced in both parties' sentencing memorandum, the parties have agreed to jointly recommend a total of $145,500 be ordered in restitution to the various series victims who requested restitution. The victim-by-victim recommendation is below:

| Victim Series | Joint Recommendation |
|---|---|
| BluePillow1 | $ 3,000 |
| Lighthouse1 | $ 5,000 |
| Sweet White Sugar | $ 7,500 |
| Mother Full 20121 | $ 3,000 |
| Angela | $ 3,000 |
| 2crazygurls | $ 10,000 |
| JBN Flowers1 | $ 3,500 |
| JBN Flowers2 | $ 3,000 |
| aprilblonde | $ 10,000 |
| PD11 | $ 3,000 |
| RedGlassesCry | $ 3,000 |
| Middle Model Sister | $ 3,000 |
| HG1 | $ 3,000 |
| RippedJeans | $ 3,000 |
| BEST NECKLACE | $ 4,000 |
| MotorCouch1 | $ 3,000 |
| Vicky | $ 10,000 |
| Tara | $ 10,000 |
| Marineland1 | $ 3,500 |
| Jan_Socks2 | $ 3,000 |
| Jan_Socks3 | $ 3,000 |
| Jan_Socks4 | $ 3,000 |
| J_blonde | $ 3,000 |
| BluesPink1 | $ 3,000 |
| CinderblockBlue | $ 3,000 |
| Jenny | $ 10,000 |
| facebaby | $ 3,000 |
| PinkHeartSisters1 | $ 3,000 |
| 8kids3 | $ 3,000 |
| 8kids4 | $ 3,000 |
| ZooFamily1 | $ 3,000 |
| Cindy | $ 3,000 |
| Linda&Patty1 | $ 3,000 |
| SparklingVelvet | $ 3,000 |
| | |
| TOTAL | $ 145,500 |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: _/s/ Adam J. Kerndt_
    Adam J. Kerndt
    Assistant United States Attorney
    U.S. Courthouse Annex
    110 East Court Avenue, Suite 286
    Des Moines, IA 50309
    Tel: (515) 473-9300
    Fax: (515) 473-9292
    Email:  Adam.Kerndt@usdoj.go

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery

__X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: /s/ Adam J. Kerndt
    Assistant U.S. Attorney